IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL NO. 1:06CR5-4

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| VS. | ) | **O R D E R** |
| | ) | |
| DREAMA DAWN FREEMAN | ) | |

**THIS MATTER** is before the Court on Defendant's motion to suppress.

**IT IS, THEREFORE, ORDERED** that a ruling on the Defendant's motion to suppress is hereby **DEFERRED** until such issue is raised during the trial of this case.

Signed: March 22, 2006

Lacy H. Thornburg
United States District Judge